**NONPRECEDENTIAL DISPOSITION**
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 11, 2012

**Before**

DIANE P. WOOD, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

No. 10-3474

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | Appeal from the United States District Court for the Central District of Illinois. |
| *v.* | No. 09-10007-001 |
| TERRILL A. RICKMON, SR., *Defendant-Appellant*. | Michael M. Mihm, *Judge*. |

**O R D E R**

After remand by the Supreme Court for further consideration in light of the Supreme Court's decision in *Dorsey v. United States*, 567 U.S. —, 132 S. Ct. 2321 (2012), and considering the parties' joint Circuit Rule 54 Statement, we hereby VACATE defendant Terrill Rickmon's sentence and REMAND this case to the district court for re-sentencing under the Fair Sentencing Act of 2010 consistent with *Dorsey*.